UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-046T** **DATE: June 10, 2005**

**TITLE: USA v. Sambath Pho**

**U.S. DISTRICT COURT JUDGE ERNEST C. TORRES**



**COURTROOM CLERK: John Duhamel**
**COU[illegible] Angela Reynolds**
**IN[illegible]**

IN COURT

---

**COUNSEL PRESENT:** [illegible] Go[illegible]
**Edw[illegible]**
**M[illegible]**

**PROCEEDINGS:** **Chang[illegible] Hearing**

**Govt summarizes nature of the charges and terms of the plea agreement. Deft is sworn and questioned by the Court. Govt summarizes the evidence had this case gone to trial. Deft pleads "guilty" to the one count of the Indictment. Court accepts the guilty plea. Sentencing is set for Friday, 9/23/05 @ 10:15 a.m. Deft is remanded.**