UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. Criminal No.

Sambath Pho

## CERTIFICATION OF DEFENDANT'S MEDICATION

As counsel for Sambath Pho, I hereby certify that I have conferred with my client and he or she has advised me that he or she **is not taking** any form of medication.

Date: 6-10-05

[signature]
Attorney Signature

As counsel for ____________________, I hereby certify that I have conferred with my client and determined that he or she **is taking** the following medication(s) in the indicated dosages:

| Medication | Dosage |
|---|---|
| | |
| | |
| | |

Furthermore, I certify that I have conferred with ______________________________, defendants' physician, who has stated that the above medication(s) in the dosage(s) indicated do not impair the defendant's ability to understand the nature of the charges against him, the terms of the Plea Agreement between the defendant and the government, or the consequences of pleading guilty to those charges.

Date: ________________________

______________________________
Attorney Signature