**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CR05-46T** **DATE**: September 16, 2005
**TITLE OF CASE:** USA v. Sambath Pho

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **N/A**
**PROBATION:** **Dennis Jenkins**

---

**COUNSEL PRESENT**

Government: Lee Vilker, AUSA

Defendant: Edward C. Roy, Jr., Esq.

---

**PROCEEDINGS:** **Sentencing**

All counsel of record present. Defendant present. Court addresses. No factual objections to the PSI. Defense objects to the conversion of cash to a quantity of drugs in order to determine offense level. Counsel argues conversion. Court finds that Probation had accurately calculated net offense level and criminal history category. Defense argues a sentence below the guideline range due to conversion rate of cocaine base v. cocaine powder. Government objects to that argument. Government argues conversion rate set forth by Congress. Government recommends a sentence at the bottom of the guideline range. Defendant chooses not to allocute. Court finds that the guidelines overstate the penalty for cocaine base v. cocaine powder and determines it can fashion a fair and reasonable sentence using an alternate ratio. Court sentences defendant to 64 months incarceration with 5 years supervised release. Special conditions include: Substance abuse counseling and treatment, on an inpatient or outpatient basis, as approved by U.S. Probation; Drug testing, up to 72 times per year, as approved by U.S. Probation; 200 hours of community service in a program approved by U.S. Probation. Court does not impose a fine as it

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CR05-46T** **DATE**: September 16, 2005
**TITLE OF CASE:** USA v. Sambath Pho

**PROCEEDINGS:** **Sentencing**

finds the defendant has no ability to pay. $100.00 special assessment imposed. Court recommends to the Bureau of Prisons that the defendant be placed in a facility that can offer substance abuse counseling and treatment.