05-00046
USDC-RIPR
J. Torres

# United States Court of Appeals
## For the First Circuit

No. 05-2455

MANDATE

RECEIVED
FEB 10 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA,

Appellant,

v.

SAMBATH PHO,

Defendant, Appellee.

## JUDGMENT

Entered: January 5, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is vacated, and the matter is remanded to the district court for resentencing in accordance with the opinion issued this day.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 2/9/06

**By the Court:**

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Ernest C. Torres and Mr. David Dimarzio, Clerk, United States District Court for Rhode Island. Copies to Mr. Vilker, Mr. Lockhart, Mr. Neronha, Mr. Roy, & Mr. Fitzgerald.]