UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR NO. 05-046T |
| SAMBATH PHO | : | |

NOTICE OF APPEAL

NOW COMES the defendant, Sambath Pho, and hereby notices his appeal to the First Circuit of the sentenced imposed on June 23, 2006.

Sambath Pho
By his Attorney,

Edward C. Roy
Assistant Federal Public Defender
OFFICE OF THE FEDERAL
PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on June 26th, 2006, I hand-delivered a true copy of the within notice to Lee Vilker, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.