# *UNITED STATES DISTRICT COURT*

***for the***

***District of Rhode Island***

***Case No. CR05-46T***

***To:*** ***Warden***
***FCI Loretto***
***Loretto, PA 15940***

YOU ARE HEREBY COMMANDED, to have the **body** of **Sambath Pho**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:15 o'clock a.m.**, on the **23rd** day of **June, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

RECEIVED
MAY 0 3 2006
US MARSHALS
RHODE ISLAND

WITNESS the Honorable **Ernest C. Torres**

United States Chief Judge at Providence, RI
Dated: May 2, 2006.

I hereby [illegible] and return that
[illegible] before the court
[illegible] named defendant,
Re-Sentencing - date and time ordered.

Deputy U.S. Marshal

*By* ______________________
*Ernest C. Torres, Chief Judge*