05-00046
USDC-PR
Torres

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-2131

UNITED STATES,

Appellee,

v.

SAMBATH PHO,

Defendant, Appellant.

Before
Boudin, Chief Judge,
Campbell, Senior Judge,
and Lynch, Circuit Judge.

**JUDGMENT**

Entered: April 10, 2007

In light of this court's order dated April 10, 2007, the decision of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: MAY 04 2007

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

[cc: Edward C. Roy, Jr., AFPD, Lee Vilker, AUSA,
Donald Lockhart, AUSA, Peter F. Neronha, AUSA ]