CR 05-46 T

# United States Court of Appeals
## For the First Circuit

No. 06-2131

UNITED STATES,

Appellee,

v.

SAMBATH PHO,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Torruella and Lynch, Circuit Judges.

JUDGMENT

Entered: March 28, 2008

The defendant's sentence is vacated and the matter is remanded to the district court for resentencing in light of Kimbrough v. United States, 128 S. Ct. 558 (2007). "[O]ur decision to remand should not be read as a 'suggestion or a prediction that [defendant's] sentence will necessarily be altered.'" United States v. Gómez-Rosario, 418 F.3d 90, 109 (1st Cir. 2005) (quoting United States v. Heldeman, 402 F.3d 220, 224 (1st Cir. 2005)).

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: [signature] Date: 2/28/08

By the Court:
Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

[certified copies: Honorable Ernest C. Torres, David DiMarzio, Clerk United States District Court for the District of Rhode Island]

[cc: Sambath Pho, Edward C. Roy, AFPD, Lee Vilker, AUSA, Donald Lockhart, AUSA, Peter F. Neronha, AUSA]