UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-46T

SAMBATH PHO :

MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

NOW comes the defendant, Sambath Pho, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1B1.10 and 2D1.1.

The defendant's original sentence was 87 months. That sentence was at the low end of the middle of the guideline range of 87 to 108 months. That range has been reduced by the amendments to the Drug Quantity Table in U.S.S.G. § 2D1.1 such that the defendant's guideline range is now 70 to 87 months.

The defendant prays that this Honorable Court sentence him to 70 months in prison.

SAMBATH PHO,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Luis Matos, FAUSA and on Dennis Jenkins, SUSPO on the 2nd day of April, 2008 by way of ECF case filing.

/s/ Edward C. Roy, Esquire