05-00046
USDCRI
Judge Torres

# United States Court of Appeals
## For the First Circuit

MANDATE

No. 06-2131

UNITED STATES,

Appellee,

v.

SAMBATH PHO,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Torruella and Lynch, Circuit Judges.

JUDGMENT

Entered: March 28, 2008

The defendant's sentence is vacated and the matter is remanded to the district court for resentencing in light of Kimbrough v. United States, 128 S. Ct. 558 (2007). "[O]ur decision to remand should not be read as a 'suggestion or a prediction that [defendant's] sentence will necessarily be altered.'" United States v. Gómez-Rosario, 418 F.3d 90, 109 (1st Cir. 2005) (quoting United States v. Heldeman, 402 F.3d 220, 224 (1st Cir. 2005)).

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

M. Muller
Deputy Clerk

Date: 6/3/08

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.