# United States District Court
## District of Rhode Island

UNITED STATES OF AMERICA
v.
**SAMBATH PHO**

**AMENDED JUDGMENT IN A CRIMINAL CASE**

Case Number: **1:05CR00046-01T**

USM Number: **05584-070**

**Edward C. Roy, Jr., Esq.**
Defendant's Attorney

**Date of Original Judgment:** **July 20, 2006**
(or Date of Last Amended Judgment)

**Reason for Amendment:**

[✓] Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))

[] Reduction of Sentence for Charged Circumstance (Fed. R. Crim. P. 35(b))

[] Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))

[] Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

[] Modification of Supervision Conditions (18 U.S.C. § 3563(c) or 3583(e))

[]Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

[✓] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

[] Direct Motion to District Court Pursuant to;
[] 28 U.S.C. § 2255, [] 18 U.S.C. § 3559(c)(7)

[] Modification of Restitution Order (18 U.S.C. § 3664)

## THE DEFENDANT:

[✓] pleaded guilty to count(s): **I of the Information**.
[] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[] was found guilty on count(s) ___ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| **21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii)** | **Possession with Intent to Distribute In Excess of 5 Grams of Cocaine Base** | **January 11, 2005** | **I** |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has been found not guilty on count(s) ___.

[] Count(s) ___ [] is [] are dismissed on motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

**5/29/08**
Date of Imposition of Judgment

Ernest C Torres
Signature of Judicial Officer

**ERNEST C. TORRES**
**Senior United States District Judge**
Name & Title of Judicial Officer

6/12/08
Date

RECEIVED
2008 SEP -2 A 8:21
U.S. MARSHAL'S OFFICE
DISTRICT OF R.I.

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ***70 months as to Count 1** .

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

___

___

___

Defendant delivered on 8-21-08 to FCI LOR

at ___, with a certified copy of this judgment.

J YOST, WARDEN
~~UNITED STATES MARSHAL~~

By [signature]
~~Deputy United States~~ Marshal